IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LUCINDA LC AND JUNE WHEATLEY,
          *Plaintiff*,

   v.

JAY JONES, ET AL,
          *Defendants*.

1:26-cv-252-MSN-WBP

ORDER

This matter comes before the Court on Plaintiffs' Motions for Class Certification (ECF 23) and Preliminary Injunction (ECF 24).

Upon consideration of the Motions (ECF 23, 24) and for the reasons stated in open court, it is hereby

ORDERED that Plaintiffs' Motion for Preliminary Injunction (ECF 24) is DENIED. The Court reserves ruling on Plaintiff's Motion for Class Certification (ECF 23) until after the resolution of any motions to dismiss in this matter.

**IT IS SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge
Michael S. Nachmanoff
United States District Judge

April 10, 2026
Alexandria, Virginia